United States District Court
District of Massachusetts
_____

Civil Action No. 06-11204NMG

**Jeffrey Bly,**
*Petitioner*

v.

**David Nolan, et al,**
*Respondents*
_____

**Amended Notice of Appeal**
_____

Pursuant to F<small>ED</small>. R. A<small>PP</small>. P. 3 and 4, notice is hereby given that Jeffrey Bly, the petitioner in the above case, hereby appeals the order of dismissal entered on July 10, 2008, the memorandum and order accepting and adopting the Magistrate-Judge's Report and Recommendation issued on October 3, 2008, and the memorandum and order denying his application for a certificate of appealability issued on October 24, 2008.

                        Respectfully submitted,

                        Jeffrey Bly,
                        *By his attorney,*

                        /s/ Dana Alan Curhan

                        Dana Alan Curhan
                        B.B.O. # 544250
                        101 Arch Street
                        Suite 305
                        Boston, Massachusetts 02110
                        (617) 261-3800

## Certificate of Service

      I hereby certify that I filed this document through the ECF system, whereby it will be sent electronically to the registered participants as identified on the Notice of Electronic filing, including Susan G. Reardon, counsel for the respondents in this matter. There are no non-registered participants involved in this case.

                                  /s/ Dana Alan Curhan
                                  Dana Alan Curhan
                                  B.B.O. # 544250
                                  101 Arch Street
                                  Suite 305
                                  Boston, Massachusetts 02110
                                  (617) 261-3800