11204
06- 11204
USDC- MA13 0
J. Gorton

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 08-2537

JEFFREY BLY,

Petitioner, Appellant

v.

DAVID NOLAN, SUPERINTENDENT, MCI CEDAR JUNCTION,

Respondent, Appellee.

Before

Lynch, <u>Chief Judge</u>,
Lipez and Howard, <u>Circuit Judges</u>.

**JUDGMENT**

Entered:  March 16, 2009

The petitioner's motion to proceed in forma pauperis on appeal
is <u>allowed</u>.  The application for a certificate of appealability,
however, is <u>denied</u>, petitioner having failed to make a substantial
showing of the denial of a constitutional right.  The case against
petitioner  was  stronger  than  any  conceivable  defense.   His
testimony  was  contradicted  by  an  array  of  physical  and  other
evidence, including the testimony of his own witness.  Although the
Commonwealth's impeachment went beyond proper bounds, calling for
(and  receiving)  sweeping  cautionary  instructions,  we  find  no
appreciable  risk  that  the  verdict  was  based  on  either  tainted
credibility  assessments  or  an  emotional  response  to  inflammatory
evidence.

The appeal is <u>terminated</u>.

By the Court:

Certified and issued as Mandate
under Fed. R. App. P. 41.

/s/ Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:  4-9-09

cc:
Susanne G. Reardon
Jeffrey Bly
Dana Alan Curhan